**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **v.**  Case No. 4:12CR00306-022 KGB | |
| **CHARLOTTE BLAND** | **DEFENDANT** |

**ORDER GRANTING DEFENDANT BLAND'S MOTION
FOR PRE-PLEA PRESENTENCE REPORT**

Before the Court is defendant Charlotte Bland's motion for pre-plea presentence report (Dkt. No. 536). The motion states that the government agrees a pre-plea presentence report "could facilitate a resolution to this case without a trial."

This is a multi-defendant case involving allegations of conspiracy to possess with intent to distribute methamphetamine. Trial in this matter currently is set for the week of August 25, 2014 (Dkt. No. 528), and that date has been set since the Court entered an order March 12, 2014. Federal Rule of Criminal Procedure 32 and General Order No. 43 govern the preparation and disclosure of a presentence report.

Ms. Bland's request for a pre-plea presentence report is granted. The U.S. Probation Office is directed to prepare a pre-plea presentence report in regard to separate defendant Ms. Bland. This Court will confer with counsel and set by separate order a date for Ms. Bland's plea hearing and sentencing.

IT IS SO ORDERED this 14th day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE