# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

v.                 Case No. 4:12CR00306-022 KGB

**CHARLOTTE BLAND**                                                                    **DEFENDANT**

## ORDER

Before the Court is defendant Charlotte Bland's unopposed motion to continue her September 26, 2014 change of plea and sentencing hearing (Dkt. No. 656). The motion recites that the government has no objection to the motion.

The motion is granted (Dkt. No. 656). Therefore this matter is removed from this Court's calendar for September 26, 2014 and is reset for a change of plea and sentencing on October 23, 2014 at 11:00 a.m..

SO ORDERED this 8th day of September, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE.